# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KIM MEISINGER and** ) | |
| **DERIC MEISINGER,** ) | |
| ) | **8:05CV453** |
| Plaintiffs, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| **NP DODGE and MARY LOU BELL,** ) | |
| ) | |
| Defendants. ) | |

Plaintiffs request a 30-day extension of time to file Rule 26(a)(1) disclosures. Opposing counsel advised the court that there was no objection. For good cause shown,

**IT IS ORDERED** that plaintiffs' Motion for Enlargement of Time (#13) is granted. Plaintiffs are given until and including April 1, 2006 to serve Rule 26(a)(1) disclosures.

**DATED March 3, 2006.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**