## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIM MEISINGER, and** <br> **DERIC MEISINGER,** | ) <br> ) <br> ) | **CASE NO. 8:05CV453** |
| **Plaintiffs,** | ) <br> ) | **ORDER** |
| v. | ) <br> ) | |
| **NP DODGE, and MARY LOU BELL,** | ) <br> ) | |
| **Defendants.** | ) | |

This matter came before the Court on the Plaintiffs' motion for an order dismissing their Complaint with prejudice. The Court being fully advised in the premises finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiffs' Motion to Dismiss (Filing No. 44) is granted;

2. The Plaintiffs' Complaint filed herein is dismissed with prejudice; and

3. The parties shall pay their own attorney's fees and costs incurred in connection with this action.

DATED this 25th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge